**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-CR-251-CVE |
| | ) |
| CHRISTOPHER R. PARKS, | ) |
| GARY ROBERT LEE, | ) |
| JERRY MAY KEEPERS, | ) |
| KRISHNA BALARMA PARCHURI | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the United States hereby moves the Court for leave to dismiss without prejudice Counts One and Twenty-five through Thirty-three of the Superseding Indictment (Dkt. #48) filed against defendant, **KRISHNA BALARMA PARCHURI**, in the above-styled cause. In support of its motion, the government advises as follows:

1. Counsel for the United States consulted with defense counsel, Paul DeMuro, and he has no objection to the United States' motion.

2. The government requests leave to dismiss without prejudice Counts One and Twenty-five through Thirty-three of the Superseding Indictment defendant, **KRISHNA BALARMA PARCHURI** in the interest of justice.

WHEREFORE, premises considered, plaintiff prays that the instant motion be granted, and for all other proper relief.

Respectfully submitted,

R. TRENT SHORES
UNITED STATES ATTORNEY

 */s/ Melody N. Nelson*
Richard M. Cella, Texas Bar No. 24078328
MELODY N. NELSON, OBA #16467
110 West Seventh St., Suite 300
Tulsa, Oklahoma  74119
Richard.cella@usdoj.gov
Melody.nelson@usdoj.gov
Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Tom Wright
Joe W. Bailey
Keith Allen Ward
Martin Gambill Hart
Michael James King
Michael J. Hinton
Nora Rose O'Neill
Patrick S. Coffey
Paul Demuro
Counsel for Defendants

 */s/ Melody N. Nelson*
Melody N. Nelson
Assistant United States Attorney