# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CR-0251-004-CVE |
| | ) | |
| KRISHNA BALARAMA PARCHURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes on for consideration of plaintiff's Motion for Leave to Dismiss without Prejudice (Dkt. # 135). Plaintiff requests leave to dismiss count one and counts twenty-five through thirty-three of the superseding indictment (Dkt. # 48) without prejudice as to this defendant. Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." United States v. Robertson, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting Rinaldi v. United States, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charges against this defendant is not contrary to the public interest, nor is it for an improper purpose, and plaintiff's motion to dismiss should be granted.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Leave to Dismiss without Prejudice (Dkt. # 135) is **granted**, and count one and counts twenty-five through thirty-three of the superseding indictment (Dkt. # 48) are **dismissed without prejudice** as to defendant Krishna Balarama Parchuri. There are no other charges pending against this defendant, and **Parchuri is terminated as a party.**

**IT IS FURTHER ORDERED** that Defendant Parchuri's Motion for Bill of Particulars (Dkt. # 90) and Defendant Parchuri's Motion to Dismiss Count One or Twenty-Five of the Superseding Indictment (Dkt. # 91) are **moot**.

**DATED** this 17th day of August, 2020.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE